UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**ARCHDIOCESE OF MILWAUKEE,**

    Plaintiff and Counter-defendant,

    and

**DONALD MARSHALL** and
**DEAN WEISMULLER,**

    Additional Plaintiffs,                    Case No. 13-C-58

    -vs-

**STONEWALL INSURANCE COMPANY;**
**CERTAIN UNDERWRITERS AT LLOYD'S,**
**LONDON, et al.,**

    Defendants.

## DECISION AND ORDER

The Court withdrew the reference of this matter from the bankruptcy court on February 22, 2013. Since then, a variety of motions have been filed, including a motion for judgment on the pleadings by the Archdiocese of Milwaukee (joined by the additional plaintiffs, Donald Marshall and Dean Weismuller) and a motion for partial summary judgment by certain defendants, referred to as the London Market Insurers.

Now before the Court is a joint request for a status hearing. The Court concludes that a status hearing is unnecessary.

First, the parties wish to discuss the briefing schedule on LMI's motion for partial

summary judgment (filed on May 20), in addition to the briefing schedule on a motion for partial summary judgment and "related briefings" that will be filed in the next few weeks by Stonewall Insurance Company. The expectation is that briefing is governed by the time limits in the local rules of civil procedure. If the parties wish to expand the time limits for briefing, they are welcome to file a joint stipulation, which the Court would generally approve as a matter of course, especially in a matter of this complexity.

Second, the parties wish to discuss the need for oral argument on the pending motions and the soon-to-be-filed motion that was referenced above. The Court may decide to schedule oral argument, but need not entertain oral argument on the need for oral argument.

Finally, the parties want to discuss LMI's motion to seal "and the need to have a confidentiality or protective order in place to protect confidential documents filed under seal in the Archdiocese of Milwaukee's Bankruptcy Proceeding." The Court will grant LMI's motion to seal. If this does not alleviate the parties' concerns, the Court will entertain a proposed protective order as necessary.

LMI's motion to seal [ECF No. 27] is **GRANTED**. The joint request for a status conference [ECF No. 41] is **DENIED**.

Dated at Milwaukee, Wisconsin, this 11th day of June, 2013.

> **BY THE COURT:**
>
> *Rudolph T. Randa*
> **HON. RUDOLPH T. RANDA**
> **U.S. District Judge**

- 2 -

Case 2:13-cv-00058-RTR   Filed 06/11/13   Page 2 of 2   Document 45